**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRESTON IRBY,

                Plaintiff,

                                     25 **CIVIL** 3355 (MKV)

      -against-                            **DEFAULT JUDGMENT**

RN'D DISTRIBUTION LLC and DISTROKID LLC,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated January 6, 2026, and for the reasons set forth on the record at the January 5, 2026 hearing and in Plaintiff's submissions, the motion for a default judgment [ECF No. 27] is GRANTED. Judgment is entered against RN'D Distribution LLC on Plaintiff's claims for breach of contract and violation of the Lanham Act, *see* Compl. ¶¶ 19–23, 24–37, in the amount of $50,958.99. The Court has further awarded Plaintiff post-judgment interest at the statutory rate and costs in the amount of $705.00. *See* 28 U.S.C. § 1961; 15 U.S.C. § 1117(a); accordingly, the case is closed.

**DATED**: New York, New York
          January 7, 2026

                                   **TAMMI M. HELLWIG**
                                   **Clerk of Court**

                           K. mango

                **BY**: _____
                       **Deputy Clerk**